UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-10323 PA (MAAx) | Date | March 19, 2026 |
|---|---|---|---|
| Title | Dennis Brown v. Walgreen Co., et al. | | |

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    COURT ORDER – ORDER TO SHOW CAUSE

On March 3, 2026, the Court issued an order requiring the parties to show cause why this action should not be stayed pending resolution of one or more related actions pending in the San Bernardino County Superior Court and the Los Angeles County Superior Court.  (Docket No. 39 ("Order to Show Cause").)  The Court is in receipt of the Response filed by the parties, in which the parties state:

> The parties respectfully submit that a stay is not warranted because the parties have reached a settlement in principle of this action on an individual basis.  The parties require additional time to negotiate and execute a long-form settlement agreement and to prepare the requisite documentation for dismissal of this action.
>
> Accordingly, the parties respectfully request that the Court vacate all currently scheduled deadlines and hearings and set a status conference 90 days from the date of this filing, or at such other time as is convenient to the Court.

(Docket No. 40.)

As the Court explained in its Order dated December 17, 2025, the Court will not modify the dates set in the Schedule of Trial and Pretrial Dates "[a]bsent extraordinary circumstances, which must satisfy the requirements of Federal Rule of Civil Procedure 16(b) and be brought to the Court's attention in a timely manner[.]"  (Docket No. 27.)  The parties' request is therefore denied.

Importantly, moreover, the parties' Response does not address the issue raised in the Court's Order to Show Cause.  In the Order to Show Cause, the Court explained that this action may be subject to the <u>Colorado River</u> doctrine, pursuant to which a federal court may abstain

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-10323 PA (MAAx) | | Date | March 19, 2026 |
|---|---|---|---|---|
| Title | Dennis Brown v. Walgreen Co., et al. | | | |

from a case out of deference to parallel litigation brought in state court.  The Court then outlined the factors it would consider in deciding whether to abstain.  The parties Response, however, wholly fails to address the <u>Colorado River</u> doctrine or any of the applicable factors.

The Court therefore concludes that the Response to the OSC is insufficient.  The Court hereby continues the deadline to respond to the Order to Show Cause to **April 2, 2026**.  The parties shall each file a separate response or shall file a joint response by no later than the above date.  Failure to timely and adequately respond to the Order to Show Cause may result in the imposition of sanctions, including but not limited to dismissal.

IT IS SO ORDERED.